[No. 2575. Nov. 14, 1921.]

## WOOD v. CHISHOLM et al.

Appeal from District Court, Eddy County; Brice, Judge.

Action by Tom Wood against W. H. Chisholm and others. Judgment for plaintiff, and defendants appeal. Affirmed.

J. B. Atkeson, of Artesia, for appellants.

Dover Phillips, of Carlsbad, for appellee.

DAVIS, J. This case involves the validity of a tax title based upon a tax sale made at approximately the same time and with the same irregularities as the sale considered in the case of Chisholm et al. v. Bujac, 27 N. M. 375, 202 Pac. 126, decided at this term. The opinion in that case is decisive of this.

The judgment of the district court is therefore affirmed; and it is so ordered.

RAYNOLDS, C. J., and PARKER, J., concur.